No. 554. UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, CARPENTERS DISTRICT COUNCIL OF DENVER & VICINITY, AFL–CIO v. HENSEL PHELPS CONSTRUCTION Co. C. A. 10th Cir. Certiorari denied. *Wayne D. Williams* and *Howard E. Erickson* for petitioner. *Charles E. Grover* for respondent. ■

No. 556. MCINTYRE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Howard R. Lonergan* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States. ■

No. 557. V. E. B. CARL ZEISS JENA ET AL. v. CLARK, ATTORNEY GENERAL. C. A. D. C. Cir. Certiorari denied. *Harry I. Rand* for petitioners. *Acting Solicitor General Spritzer, Acting Assistant Attorney General Eardley* and *John C. Eldridge* for respondent.

No. 560. WINN-DIXIE GREENVILLE, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *O. R. T. Bowden* for petitioner. *Acting Solicitor General Spritzer, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent. ■

No. 573. MICHUNOVICH, TREASURER OF YELLOWSTONE COUNTY, ET AL. v. WESTERN AIR LINES, INC. Sup. Ct. Mont. Certiorari denied. *Forrest H. Anderson,* Attorney General of Montana, *Donald A. Garrity,* Assistant Attorney General, and *William A. Douglas,* Special Assistant Attorney General, for petitioners. *Art Jardine* for respondent. ■